JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GUTIERREZ and MICHAEL CAMOU, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SPRINT CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-03865-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 33]** |

1

On December 27, 2021, Plaintiffs Teresa Gutierrez and Michael Camou ("Plaintiffs") filed a Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Notice of Dismissal"), voluntarily dismissing their individual claims against Defendant Sprint Corporation ("Sprint" or "Defendant") with prejudice and the claims asserted on behalf of a putative class without prejudice. Dkt. 33. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.
2. The court DISMISSES Plaintiffs' individual claims with prejudice and the class claims without prejudice.
3. Defendant's Motion to Compel Arbitration, Dkt. 23, is DENIED as moot.

IT IS SO ORDERED.

Dated: December 28, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

2